UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Latisha Lenius,

        Plaintiff(s)

vs.

Darin Viken, individually; Jesse Jahner, individually and in his capacity as Cass County Sheriff, Cass County, North Dakota

        Defendant(s).

**CONSENT/REASSIGNMENT FORM**

Case No.   3:25-cv-269

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐              **Reassignment** ☑

 

Defendant, Darin Viken, individually

_____          _____
Party(ies) Represented                                   Party(ies) Represented

*/s/*_____    */s/* Brian D. Schmidt_____
Attorney Signature                                         Attorney Signature

_____          January 27, 2026_____
Date                                                                Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov